AO 442 (Rev. 11/11) Arrest Warrant



FID-10777526

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

2020 DEC 10 PM 3:37

United States of America
v.
Yosleiky QUEZADA-Rivero

)
)  Case No. 5:20-mj-2514
)         SA:21-MJ-00370
)
)
)

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Yosleiky QUEZADA-Rivero                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  8 USC 1324 Alien smuggling

Date: 12/16/2020                                                   _____
                                                                        *Issuing officer's signature*

City and state:   Laredo, Texas                                    Christopher dos Santos, U.S. Magistrate Judge
                                                                        *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 12·16·2020, and the person was arrested on *(date)* 3·30·2021 at *(city and state)* SAN Antonio, TX. |
| Date: 3·30·2021                                 _____ |
|                                                      *Arresting officer's signature* |
|                                                 Francisco Perez   Special Agent HSI |
|                                                      *Printed name and title* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

JAN 12 2021    BM

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | |
| DAVID TREVINO | § | CRIMINAL NO. |
| AKA: DAVID TREVINO, JR. | § | SA:21-MJ-00370 |
| PASCUAL REYES-TREVINO | § | L-21-0103 |
| AKA: PASCUAL REYES-RAMOS | § | |
| YOSLEIKY QUEZADA-RIVERO | § | DS |
| AKA: YOSLEIKIS QUEZADA-RIVERO | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **December 14, 2020**, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendants,

**DAVID TREVINO
AKA: DAVID TREVINO, JR.,
PASCUAL REYES-TREVINO
AKA: PASCUAL REYES-RAMOS, and
YOSLEIKY QUEZADA-RIVERO
AKA: YOSLEIKIS QUEZADA-RIVERO,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about **December 14, 2020**, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendants,

DAVID TREVINO
AKA: DAVID TREVINO, JR.,
PASCUAL REYES-TREVINO
AKA: PASCUAL REYES-RAMOS, and
YOSLEIKY QUEZADA-RIVERO
AKA: YOSLEIKIS QUEZADA-RIVERO

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, in any place, including any building and any means of transportation, an alien who had come to, entered, and remained in the United States in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (v)(I).

### COUNT THREE

On or about **December 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

DAVID TREVINO
AKA: DAVID TREVINO, JR.,

knowing and in reckless disregard of the fact that JOSE CATALINO CAMPECHANO-ALEJO, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### COUNT FOUR

On or about **December 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

DAVID TREVINO
AKA: DAVID TREVINO, JR.,

knowing and in reckless disregard of the fact that ABEL CAMARGO-MARTINEZ, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT FIVE

On or about **December 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**PASCUAL REYES-TREVINO**
**AKA: PASCUAL REYES-RAMOS,**

knowing and in reckless disregard of the fact that GLENDA PINEDA-ROSALES, was an alien who had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, such alien, in any place, including any building and any means of transportation, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

RYAN K. PATRICK
UNITED STATES ATTORNEY

Brian Bajew
Assistant United States Attorney