UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CAUSE NO. SA-21-0370-M |
| | § | |
| YOSLEIKY QUEZADA-RIVERO | § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Alfredo R. Villarreal, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ ALFREDO R. VILLARREAL
Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No. 20581850
Tel.: 210-472-6700
Fax: 210-472-4454

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2021, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

Matthew Lathrop
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/s/ ALFREDO R. VILLARREAL
Assistant Federal Public Defender