CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CRIMINAL DOCKET FOR CASE #: <u>5:21–mj–00370–ESC</u> All Defendants

Case title: USA v. Quezada–Rivero

Date Filed: 03/31/2021
Date Terminated: 04/07/2021

Assigned to: Judge Elizabeth S. Chestney

**Defendant (1)**

**Yosleiky Quezada–Rivero**
*TERMINATED: 04/07/2021*

represented by **Duty Pub. Defender–San Antonio**
Federal Public Defender
San Antonio Division
727 E. Cesar E. Chavez Blvd.
Suite B207
San Antonio, TX 78206
(210) 472–6700
Fax: 210/472–4454
Email: janie_craig@fd.org
*TERMINATED: 04/05/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Alfredo R. Villarreal**
Federal Public Defender
727 E. Cesar E. Chavez Blvd.
Room B–207
San Antonio, TX 78206–1205
(210) 472–6700
Fax: (210) 472–4454
Email: alfredo_villarreal@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

1

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                          **Disposition**

8:1324.F – Bringing in and
Harboring Aliens

---

**Plaintiff**

**USA**                          represented by   **Matthew Lathrop**
                                                  United States Attorney's Office
                                                  601 NW Loop 410, Suite 600
                                                  San Antonio, TX 78216
                                                  (210) 384–7128
                                                  Fax: (210) 384–7118
                                                  Email: matthew.lathrop@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/31/2021 | 1 | | Arrest (Rule 5/Rule 32.1) of Yosleiky Quezada–Rivero (aej) (Entered: 04/05/2021) |
| 03/31/2021 | 2 | 4 | Minute Entry for proceedings held before Judge Elizabeth S. Chestney:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Yosleiky Quezada–Rivero held on 3/31/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (aej) (Entered: 04/05/2021) |
| 03/31/2021 | 3 | | MOTION to Continue, MOTION to Detain Defendant without Bond by USA as to Yosleiky Quezada–Rivero. (aej) (Entered: 04/05/2021) |
| 03/31/2021 | 4 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Yosleiky Quezada–Rivero Duty Pub. Defender–San Antonio for Yosleiky Quezada–Rivero appointed. Signed by Judge Elizabeth S. Chestney. (aej) (Entered: 04/05/2021) |
| 03/31/2021 | 5 | | ORDER as to Yosleiky Quezada–Rivero, ( Detention and Identity Hearing set for 4/8/2021 10:00 AM before Judge Henry J. Bemporad). Signed by Judge Elizabeth S. Chestney. (aej) (Entered: 04/05/2021) |
| 04/05/2021 | 6 | | NOTICE OF ATTORNEY APPEARANCE: Alfredo R. Villarreal appearing for Yosleiky Quezada–Rivero . Attorney Alfredo R. Villarreal added to party Yosleiky Quezada–Rivero(pty:dft) (Villarreal, Alfredo) (Entered: 04/05/2021) |
| 04/07/2021 | 7 | 7 | Waiver of Identity Hearing by Yosleiky Quezada–Rivero (Villarreal, Alfredo) (Entered: 04/07/2021) |

| 04/07/2021 | 8 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Yosleiky Quezada–Rivero. Defendant committed to District of SDTX – Laredo. Signed by Judge Henry J. Bemporad. (aej) (Entered: 04/08/2021) |
|---|---|---|---|

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **United States of America** | § **Case Number: SA:21-M -00370(1)** |
| | § **Date: March 31, 2021** |
| **vs.** | § **Time: 1:50-1:58 8 min** |
| | § **SWORN:** [ X ] |
| **(1) Yosleiky Quezada-Rivero** | § |

### PROCEEDING MEMO - INITIAL APPEARANCE

1. [ ] Complaint Filed _March 31, 2021_     [ ] Arrest Warrant Issued _____
   [ ] Indictment                                                  *(Date)*
   [ ] Information
   [ ] Pet to Rvk Bond
   [ ] Prob Form 12                              [ ] Agency _____
   [ X ] Arrested _____3/30_____
                       *Date*

2. **COURT PERSONNEL:**
   Magistrate Judge: **ELIZABETH S. ("BETSY") CHESTNEY**
   Courtroom Deputy: Valeria Sandoval
   Interpreter: yes

3. **APPEARANCES:**    For the United States:    MATTHEW LATHROP - Excused
                            For the Defendant: _____
                                  Retained [ ]     FPD [ ]     CJA [ ]

4. **PROCEEDINGS:**
   a. [ X ] Defendant found competent.
   b. [ X ] Defendant informed of and received copy of charging document.
         Violation: **8 USC 1324**
   c. [ X ] Defendant informed of maximum penalty: _____
         **0 to 10 yrs imp; $250,000 fine; 3 yrs SR; $100 SA**

   d. [ X ] Defendant informed of constitutional rights.
         *My constitutional rights have been explained to me.*
         Date _____     Signature _____
   e. [ X ] Defendant informed of right to Identity Hearing.
         set for            **April 08, 2021 at 10:00 AM**
         **OR**
      [ ] No right to Preliminary Hearing.
         Arraignment set for _____

4. **PROCEEDINGS: (Continued)**
   f. [ X ] Defendant informed of right to legal counsel.
         _____ 1) Defendant waives counsel, **OR**
         _____ 2) Defendant will try to secure counsel and inform court by _____
                     as to name, address of counsel retained, **OR**

     <u>X</u>   3)  Defendant requests appointment of counsel.
    Defendant has completed financial affidavit. ORALLY
         <u>X</u>   a)  Court finds Defendant is financially eligible and orders counsel appointed.
         **OR**      Court appoints:  FPD
         _____  b)  Court finds Defendant is financially ineligible and denies request.
    Defendant to advise Court by  _____  as to name, address of counsel retained.

g.  [X]  **PRETRIAL RELEASE:**

    [X]  1) Government moved for detention under §3142(f).
        Detention Hearing set for:       **April 08, 2021 at 10:00 AM**

    [ ]  2) Court SUA SPONTE "moves" for detention.
        Detention Hearing set for:

    [ ]  3) Temporary detention ordered.
        Bond Hearing set for:

    [ ]  4) Court orders Defendant be released on the following conditions:
        _____ a) Personal recognizance.
        _____ b) Defendant's bond set at  <u>$</u>
            ____ which is unsecured.
            ____ which requires  _____ % deposit.
            ____ which requires 100% cash/corporate/surety.
        _____ c) Additional conditions of release as set forth in Order Setting Conditions of
            Release.

    [ ]  5) Detention ordered (i.e., Probation Violation).

h.  [ ]  Temporary commitment issued

                                   *Date*

i.  [ ]  Preliminary Examination continued/reset to
                                        *Date*
    at _____
                  *Time*

j.  [ ]  Preliminary Examination held
                                  *Date*

k.  [ ]  Probable Cause found
                             *Date*
    **OR**
    [ ]  No Probable Cause found
                             *Date*

l.  [ ]  Defendant held to District Court
                                 *Date*

m.  [ ]  Defendant dismissed on Government's motion
                                      *Date*

n.  [ ]  Final Commitment Issued
                                 *Date*

o.  [ ]  Arraignment Set
                            *Date*

5.  a.  [ ]  **OTHER PROCEEDINGS**

FILED

MAR 3 1 2021

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Cr No.:  SA:21-M -00370(1) |
| | § | |
| (1) Yosleiky Quezada-Rivero | § | |
| *Defendant* | | |

# ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on  March 31, 2021.

ELIZABETH S. ("BETSY") CHESNEY
UNITED STATES MAGISTRATE JUDGE

**Spanish Language Interpreter Required

. .  .

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | **WAIVER OF RULE 5 & 5.1 HEARINGS** |
| | § | **(Excluding Probation Cases)** |
| vs. | § | |
| | § | Case Number: SA:21-M -00370(1) |
| (1) Yosleiky Quezada-Rivero | § | |
| *Defendant* | § | REF: L-21-0103 |

I, _____ (1) Yosleiky Quezada-Rivero _____ understand that in the
_____ Southern District of Texas-Laredo _____ charges are pending
alleging violation of _____ 8 USC 1324 _____

and that I have been arrested in this district and taken before a United States Magistrate, who informed
me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity
hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless
an indictment has been returned or an information filed) to determine whether there is probable cause to
believe an offense has been committed by me, the hearing to be held in this district or the district of
prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal
Procedure 20, in order to plead guilty.

　　　　I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

　　　(  )　Identity Hearing.

　　　(  )　Preliminary Examination.

　　　(XX)　Detention Examination.

　　　(XX)　Identity Hearing and I have been informed I have no right to a preliminary examination.

　　　(  )　Identity Hearing but request a preliminary and/or detention examination be held in the
prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the
prosecuting district where the charge is pending against me.

_____
(1) Yosleiky Quezada-Rivero, *Defendant*

April 7, 2021

_____
*Alfredo R. Villarreal*

_____
*Date*

*Counsel for Defendant*

FILED

APR 0 7 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

USA §
*Plaintiff* §           **Case No: SA:21-M -00370(1)**
**vs.** §
§           *Ref: 5:20-MJ-2514*
**(1) Yosleiky Quezada-Rivero** §
*Defendant*

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

**(1) Yosleiky Quezada-Rivero**_____,charged in a proceeding pending in the

**SDTX/Laredo Division**

for **8:1324**

**Alien Smuggling**

and having been arrested in the Western District of Texas, San Antonio Division;

YOU ARE HEREBY COMMANDED to remove **(1) Yosleiky**           forthwith
**Quezada-Rivero**

to the   **SDTX/Laredo Division**_____, and there deliver
him/her to the United States Marshal for that district or to some other officer authorized to
receive him/her.

ORDERED at SAN ANTONIO, Texas on **April 07, 2021**.

**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**